**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant, BROCK LARSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-00238-NONE-SKO-10 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE REGARDING MOTION HEARING; ORDER THEREON |
| vs. | ) | |
| BROCK LARSON | ) | |
| Defendant. | ) | Date:   April 21, 2022
Time:   2:00 PM
Judge: Hon. Erica P. Grosjean |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant BROCK LARSON, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his Motion Hearing on April 21, 2022. Mr. Larson agrees that his interests shall be represented at all times by the presence of his attorney of record, CAROL ANN MOSES, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Larson has stage 4 stomach cancer that has likely spread to his lungs. It was originally believed that he would undergo surgery today to remove the tumor, but his condition has since been deemed inoperable. He has been at Community Regional Medical Center since April 6, 2022. Mr. Larson is being fed through IV and will continue to be until they can establish a feeding tube. He also has had two ports inserted in his chest in preparation for chemotherapy.

Mr. Larson is fairly sedated due to the medication being administered to keep him comfortable and, therefore, is not entirely mentally present.

Mr. Larson respectfully requests that the Court grant a waiver of his right and obligation to be personally present at his Motion Hearing in Case No. 1:20-cr-00238-NONE-SKO-10 on April 21, 2022 at 2:00 PM due to his current medical condition.

Dated: April 21, 2022                         /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              BROCK LARSON

## ORDER

GOOD CAUSE APPEARING, the above request for Mr. Larson's waiver of personal appearance at his Motion Hearing in Case No. 1:20-cr-00238-NONE-SKO-10 on April 21, 2022 at 2:00 PM, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  **April 21, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE