**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
BROCK LARSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> BROCK LARSEN ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 1:20-cr-00238-NONE-SKO-10 <br><br> NOTICE OF REQUEST TO SEAL EXHIBIT EMAIL FROM DEFENDANT'S PHYSICIAN; STIPULATION AND ORDER THEREON <br><br> Date: <br> Time: <br> Judge:  Hon. Erica P. Grosjean |

  Pursuant to Local Rule 141(b), Defendant BROCK LARSEN, by and through his attorney of record, Carol Ann Moses, hereby requests to seal Exhibit 1: Exhibit Email from Defendant's Physician of Docket Number 298. The above mentioned document was filed on April 21, 2022. This exhibit contains sensitive and confidential information regarding Mr. Larsen's medical condition.

  Assistant United States Attorney Stephanie Stokman is aware of this request and has no objection.

///

///

///

///

Mr. Larsen respectfully requests to seal Exhibit 1: Exhibit Email from Defendant's Physician of Docket Number 298 due to its confidential information about his medical condition.

Dated: April 22, 2022             /s/ Carol Ann Moses
                                  CAROL ANN MOSES
                                  Attorney for Defendant,
                                  BROCK LARSEN

Dated: April 22, 2022             /s/ Stephanie Stokman
                                  STEPHANIE STOKMAN
                                  Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the above request to seal Exhibit 1 of Docket Number 298 in Case No. 1:20-cr-00238-NONE-SKO-10 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **April 22, 2022**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

NOTICE OF REQUEST TO SEAL

2