PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00238-JLT-SKO |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER |
| v. | |
| BROCK LARSON, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as to defendant Brock Larson only, as a result of the government's knowledge that Mr. Larson is now deceased.

Dated: August 2, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ STEPHANIE M. STOKMAN*
STEPHANIE M. STOKMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 9, 2022**

UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER